ROBBINS v. FREEMAN

No. 416PA97

Case below: 127 N.C.App. 162

Petition by defendant-appellees for discretionary review pursuant to G.S. 7A-31 allowed 2 October 1997. Petition by defendant-appellees for writ of supersedeas allowed 2 October 1997.

ROBERTS v. SWAIN

No. 412P97

Case below: 126 N.C.App. 712

Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 October 1997.

ROBINSON v. POWELL

No. 334PA97

Case below: 125 N.C.App. 743

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 2 October 1997.

SHUMAKER v. HAMILTON

No. 363P97

Case below: 126 N.C.App. 635

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 2 October 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

SIMEON v. HARDIN

No. 386P97

Case below: 126 N.C.App. 831

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.